# WARRANT FOR ARREST

(Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA |
|---|---|
| UNITED STATES OF AMERICA | **DOCKET NO:** 07-111    **MAGIS. NO:** |
| V. <br> **MAURICE KERRICK, JR.** | **NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED** <br> Maurice Kerrick, Jr. <br><br> FILED <br> JUN 1 8 2007 <br> NANCY MAYER WHITTINGTON, CLERK <br> U.S. DISTRICT COURT |
| **DOB:**    **PDID:** | |
| **WARRANT ISSUED ON THE BASIS OF:** INDICTMENT | **DISTRICT OF ARREST** |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | **CITY** |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE 50 GRAMS OR MORE OF COCAINE BASE;

USING, CARRYING, AND POSSESSING A FIREARM DURING A DRUG TRAFFICKING OFFENSE;

UNLAWFUL POSSESSION WITH INTENT TO DISTRIBUTE CANNABIS;

UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR

**IN VIOLATION OF:**    **UNITED STATES CODE TITLE & SECTION:**

21:841(a)(1) and 841(b)(1)(A)(iii); 18:924(c)(1); 21:841(a)(1) and 841(b)(1)(D); 18:922(g)(1)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| **ORDERED BY:** DEBORAH A. ROBINSON <br> MAGISTRATE JUDGE ROBINSON | **SIGNATURE (JUDGE/MAGISTRATE JUDGE)** DEBORAH A. ROBINSON <br> U.S. MAGISTRATE JUDGE <br> U.S. MAGISTRATE JUDGE ROBINSON | **DATE ISSUED:** 4/26/07 |
| **CLERK OF COURT:** <br> Nancy Mayer-Whittington | **BY DEPUTY CLERK:** | **DATE:** 4/26/07 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| **DATE EXECUTED** 06/18/07 | William Martin DUSM | |
| **HIDTA CASE:** Yes   No X | | **OCDETF CASE:** Yes   No X |