UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Criminal Action No.: 07-111 (RMU) |
| MAURICE KERRICK, JR., : | **FILED** |
| Defendant. : | JUN 2 6 2007 |

**CRIMINAL SCHEDULING ORDER**[1]

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In order to manage this case in a manner consistent with the highest quality of justice, it is this 26th day of June 2007,

**ORDERED** that the parties file all:

Pretrial Motions\Notices    on or before _July 10, 2007_;

Oppositions                 on or before _July 23, 2007_; and

Replies                     on or before _July 30, 2007_; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on _August 10, 2007_, at _4 pm_; and

A motions hearing on _August 28, 2007_ _10:30 am_

and it is

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.