IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. : 07–111 (RMU) |
| v. | : |
| MAURICE KERRICK | : |
| Defendant. | : |

**GOVERNMENT'S NOTICE OF IMPEACHMENT**
**BY EVIDENCE OF CONVICTION**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice, pursuant to Rule 609, Fed. R. Crim. Proc., that if the defendant testifies, the government will seek to impeach him with the following two convictions: (1) Distribution of a Controlled Dangerous Substance (marihuana) on July 27, 2005 in Circuit Court for Prince Georges County, Maryland, docket number CT-050732A; and (2) Conspiracy to Possess With Intent to Distribute Marihuana on October 6, 2004 in Circuit Court for Prince Georges County, Maryland, docket number CT-407884.

                                              Respectfully submitted,

                                              JEFFREY A. TAYLOR
                                              United States Attorney

By: _____
       Louis Ramos, DC Bar # 472-176
       Assistant U.S. Attorney
       555 4th Street, N.W., Room 4243
       Washington, D.C. 20530
       (202) 305-2195
       Louis.Ramos@usdoj.gov