# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                                   :

            v.               :     Criminal Action No.: 07-00111 (RMU)
                                   :

MAURICE KERRICK, JR.,       :
                                   :

         Defendant.       :

**O R D E R**

**FILED**

AUG 7 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 7th day of August 2007,

**ORDERED** that the interim status hearing in the above-captioned case scheduled to take place on August 10, 2007 at 4:00 p.m. shall be converted to a plea hearing; and it is

**FURTHER ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge