UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 07-111 (RMU) |
| : | |
| MAURICE KERRICK, JR., : | **FILED** |
| : | |
| Defendant. : | AUG 1 0 2007 |
| | NANCY MAYER WHITTINGTON, CLERK |
| | U.S. DISTRICT COURT |

**ORDER**

It is this 10th day of August 2007,

**ORDERED** that a sentencing hearing in the above-captioned case shall take place on November 7, 2007 at 9:45 a.m.

**SO ORDERED**.

Ricardo M. Urbina
United States District Judge