UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| vs. | : | CR-07-0111 (RMU) |
| MAURICE KERRICK | : | |
| Defendant. | : | |

**FILED**

AUG 1 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STATEMENT OF FACTS

The parties in this case, the United States of America and the defendant, Maurice Kerrick, stipulate and agree that the following facts are true. These facts do not constitute all of the facts known to the parties concerning the charged offenses; they are being submitted to demonstrate that there exists probable cause that the defendant committed the offenses to which he is pleading guilty.

On July 17, 2006 members of the Capital Area Regional Task Force ("CARTF") executed an arrest warrant for the defendant from Price Georges County Circuit Court charging him with attempted murder. At the time the defendant was staying with his father, Maurice Kerrick Sr., at 4111 Ames Street, NE, Washington, DC, apartment number 203. The CARTF members entered apartment 203, found the defendant in the living and placed him under arrest. After searching the defendant and placing him in handcuffs, the defendant was brought to the living room couch so that he could be seated while the CARTF members obtained additional information from Mr. Kerrick, Sr. Before the defendant sat on the couch, the CARTF members did a protective sweep underneath the couch cushions to ensure that there were no weapons or dangerous objects. During the protective sweep of the couch the CARTF members discovered a

.380 caliber semi-automatic handgun loaded with 8 rounds of ammunition that belonged to the defendant underneath one of the couch cushions.

The CARTF members then learned from Mr. Kerrick Sr., that he was the leaseholder of the apartment and that the defendant had been staying with him in his apartment for about one month. Mr. Kerrick, Sr. then showed the CARTF members the bedroom where the defendant had been staying. The CARTF members obtained from Mr. Kerrick, Sr. a consent to search the apartment and the bedroom where the defendant had been staying. The CARTF members searched the bedroom where the defendant had been staying and found the following items on top of an entertainment center in the bedroom: (a) 24.8 grams of marijuana approximately, (b) 162.7 grams of cocaine base, also known as crack cocaine (c) a box containing 42 rounds of .380 caliber ammunition. The CARTF members also found an SKS assault rifle underneath a futon mattress. The aforementioned drugs found in the entertainment center were sent to the DEA Mid-Atlantic laboratory for analysis and found to be 24.8 grams of marijuana, and 162.7 grams of cocaine base, also known as crack cocaine. The amount of marijuana found in the defendant's room is consistent with possession with intent to distribute.

_____
LOUIS RAMOS
Assistant United States Attorney

_____
JONATHAN JEFFRESS, Esquire
Attorney for Defendant

_____
MAURICE KERRICK
Defendant

8/10/07
Date

4/10/07
Date