UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | | **FILED** |
| vs. | : | CR-07-0111 (RMU) | AUG 1 0 2007 |
| | : | | NANCY MAYER WHITTINGTON, **CLERK** U.S. DISTRICT COURT |
| MAURICE KERRICK | : | | |
| Defendant. | : | | |

*Possess. w/ with Intent to*  LR (JJ)  *(Cannabis*

ELEMENTS OF DISTRIBUTION OF A CONTROLLED SUBSTANCE (~~MARIJUANA~~)
21 U.S.C. 841 (A)(1) and 841(b)(1)(D)

The essential elements of this offense, each of which the government must prove beyond a reasonable doubt, are:

1. That the defendant distributed a controlled substance. "Distribute" means to transfer or attempt to transfer to another person. The government need not prove that the defendant received or expected to receive anything of value in return.

2. That the defendant distributed the controlled substance knowingly and intentionally. This means consciously, voluntarily and on purpose, not mistakenly, accidentally or inadvertently.

The law makes marijuana a controlled substance. You must decide whether the material was marijuana. In doing that, you may consider all evidence that may help you, including exhibits, expert and non-expert testimony.

To establish the first element of the offense, the government must prove beyond a reasonable doubt that the defendant distributed a detectable amount of marijuana.

The government is not required to prove that the defendant knew the precise type of controlled substance that was distributed. The government must prove beyond a reasonable doubt, however, that the defendant knew that he distributed some type of controlled substance.