IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                                      )<br>           Plaintiff,                           )<br>                                                      )<br>     v.                                            )     Crim. No. 07-111 (RMU)<br>                                                      )<br>MAURICE KERRICK, JR.              )<br>                                                      )<br>           Defendant.                        )<br>                                                      ) | |

### NOTICE OF FILING

    Defendant, Maurice Kerrick, through counsel, respectfully submits the attached Order recommending that defendant be transferred to the Central Treatment Facility and permitted to participate in the programs available at CTF.  The attached Order was discussed in open Court on August 10, 2007 and was not opposed by the government.

                                                                                            Respectfully submitted,

                                                                                       A.J. KRAMER
                                                                                       FEDERAL PUBLIC DEFENDER


                                                          _____/s/_____
                                                          Jonathan S. Jeffress
                                                          Assistant Federal Public Defender
                                                          625 Indiana Avenue, N.W., Suite 550
                                                          Washington, D.C.  20004
                                                          (202)  208-7500

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Crim. No. 07-111 (RMU) |
| ) | |
| **MAURICE KERRICK, JR.** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon the unopposed motion of Defendant Maurice Kerrick, it is hereby

**RECOMMENDED** that

    1. Defendant Kerrick be transferred from the D.C. Jail to the Central Treatment Facility ("CTF");

    2. Defendant should be allowed to participate in the programs at CTF, including the drug treatment program, if appropriate.

    **SO ORDERED** this _____ day of _____, 2007.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan Jeffress, AFPD
Louis Ramos, AUSA
United States Marshal for
The District of Columbia