UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 07-00111 (RMU) |
| | : | |
| MAURICE KERRICK, JR., | : | |
| | : | **FILED** |
| Defendant. | : | |

**ORDER**

**FILED AUG 1 4 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 14th day of August 2007,

**ORDERED** that the sentencing hearing in the above-captioned case scheduled for November 7, 2007 at 9:45 is hereby **VACATED** and **RESCHEDULED** for December 10, 2007 at 1:30; it is

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge