IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

SEP 7 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA,    )
                             )
        Plaintiff,           )
                             )
    v.                       )   Crim. No. 07-111 (RMU)
                             )
MAURICE KERRICK, JR.         )
                             )
        Defendant.           )

ORDER

Upon the unopposed motion of Defendant Maurice Kerrick, it is hereby

**RECOMMENDED** that

1. Defendant Kerrick be transferred from the D.C. Jail to the Central Treatment Facility ("CTF");

2. Defendant should be allowed to participate in the programs at CTF, including the drug treatment program, if appropriate.

SO ORDERED this ___7___ day of ___September___, 2007.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

Copies to:

Jonathan Jeffress, AFPD
Louis Ramos, AUSA
United States Marshal for
The District of Columbia