THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Crim. No. 07-111 (RMU) |
| MAURICE KERRICK, JR. | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE SENTENCING**

Mr. Maurice Kerrick, Jr., the defendant, through undersigned counsel, respectfully moves this Honorable Court to reschedule the sentencing currently set down for November 7, 2007. As grounds for this unopposed motion, the defense respectfully states as follows:

1. The sentencing in this matter is currently scheduled for November 7, 2007 at 9:45 a.m.

2. Undersigned counsel was supposed to begin trial on October 22, 2007 before the Honorable Judge Richard J. Leon in the matter of United States v. Miller. Due to a death in Judge Leon's family, as well as another issue regarding the defendant, Judge Leon postponed trial. On Thursday, October 25, 2007, Judge Leon rescheduled the trial to begin on November 7, 2007 (jury selection is that day). The trial, which involves allegations of fraud, is expected to last two weeks, as the government currently intends on calling 25 witnesses.

3. Undersigned counsel is available for the sentencing in this matter either before the trial begins (November 5th or 6th), or after trial ends (after the Thanksgiving holiday).

4. Undersigned counsel contacted the AUSA assigned to this case, Louis Ramos.

The government does not oppose this motion.  Mr. Ramos is available the same dates as set forth in paragraph 3 of this Motion.

                                            Respectfully submitted,

                                    _____/s/_____
                                    Jonathan S. Jeffress
                                    <u>Counsel for Maurice Kerrick, Jr.</u>
                                    625 Indiana Avenue, N.W.
                                    Suite 550
                                    Washington, D.C. 20004
                                    (202) 208-7500, ex. 134

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Crim. No. 07-111 (RMU) |
| MAURICE KERRICK, JR. | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Defendant's Unopposed Motion to Reschedule Sentencing, and for good cause shown, it is hereby

**ORDERED** that the defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that sentencing is now scheduled for _____, 2007 at _____ am/pm.

**SO ORDERED.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

_____
DATE