THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| )                                                               | |
| Plaintiff,            ) | |
| )                                                               | |
| v.                    ) | Crim. No. 07-111 (RMU) |
| )                                                               | |
| MAURICE KERRICK, JR.    ) | |
| )                                                               | |
| Defendant.          ) | |

**DEFENDANT'S MOTION TO WITHDRAW
MOTION TO RESCHEDULE SENTENCING**

Mr. Maurice Kerrick, Jr., the defendant, through undersigned counsel, respectfully moves this Honorable Court to withdraw his previously filed motion to reschedule the sentencing [Dkt #23].  Defense counsel filed an unopposed motion to continue the November 7, 2007 sentencing date in this case, unaware that the Court had already continued the sentencing, *sua sponte*, to December 10, 2007.  Accordingly, defendant now moves to withdraw his motion to reschedule the sentencing, as it is moot.

Respectfully submitted,

_____/s/_____
Jonathan S. Jeffress
Counsel for Maurice Kerrick, Jr.
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500, ex. 134

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Crim. No. 07-111 (RMU) |
| MAURICE KERRICK, JR. | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

Upon consideration of the Defendant's Motion to Withdraw Unopposed Motion to Reschedule Sentencing, and for good cause shown, it is hereby

**ORDERED** that defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the previously filed motion to reschedule sentencing [Dkt. # 23] is **WITHDRAWN**.

**SO ORDERED.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

_____
DATE