THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
                          )
        Plaintiff,        )
                          )
v.                        )    Crim. No. 07-111 (RMU)
                          )
MAURICE KERRICK, JR.      )
                          )
        Defendant.        )

## ORDER

Upon consideration of the Defendant's Motion to Withdraw Unopposed Motion to Reschedule Sentencing, and for good cause shown, it is hereby

**ORDERED** that defendant's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that the previously filed motion to reschedule sentencing [Dkt. # 23] is **WITHDRAWN**.

**SO ORDERED.**

_____
RICARDO M. URBINA
UNITED STATES DISTRICT JUDGE

11/26/07
_____
DATE